IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-40087
Consolidated with
No. 97-40295
_____

MATTHEWS SMITH,

Plaintiff-Appellee,

v.

TEXACO, INC.; ET AL.,

Defendants,

STAR ENTERPRISES; TEXACO,
INC.,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Eastern District of Texas
(1:96-CV-749)
_____

June 3, 1997

Before WIENER and PARKER, Circuit Judges, and LITTLE, District
Judge.[*]

PER CURIAM:[**]

AFFIRMED.  See Local Rule 47.6.

_____

[*]Chief United States District Judge for the Western District
of Louisiana, sitting by designation.

[**]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.